```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
M.F. et al.,                                       :

                Plaintiffs,                        :      ORDER

        -v.-                                       :
                                                          22 Civ. 2990 (JLR) (GWG)
NEW YORK CITY DEPARTMENT OF                        :
EDUCATION
                                                   :
                Defendant.
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      On or before November 12, 2022, the parties are directed to file a letter to the undersigned that indicates either that they seek to schedule a mediation/settlement conference or that proposes a deadline for the filing of the fee application.

      SO ORDERED.

Dated: October 12, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge